UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY STANLEY-BEY, <br> Plaintiff, <br> v. <br> SAN QUENTIN STATE PRISON, <br> Defendant. | Case No. 17-04511 BLF (PR) <br><br> **JUDGMENT** |

The Court has granted Defendant's motion to dismiss and dismissed all claims in this action. Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:** December 3, 2018

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\04511Stanley-Bey_judgment